IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 02-10118 (MJW)<br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, ET AL., On Behalf on The Estate of The IT Group, Inc., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INSTRUMENT SCIENCES & TECH, INC.<br><br>Defendant. | Adv. No. 04-50735<br><br>CIV. NO. _____ |

## DEFENDANT INSTRUMENT SCIENCES AND TECHNOLOGIES, INC.'S RENEWED MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE

Instrument Sciences and Technologies, Inc. ("Instrument Sciences"), by and through its undersigned counsel, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), Local Rule 5011-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and Local Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, hereby moves again for entry of an order withdrawing the reference of this adversary proceeding (the "Adversary Proceeding").

WM\11102

## BACKGROUND

1. On January 10, 2004, the Plaintiff commenced this Adversary Proceeding seeking to recover $125,113.93 as an allegedly preferential payment, pursuant to Section 547 of the Bankruptcy Code (the "Complaint") (D.I. 1).

2. On May 28, 2004, Instrument Sciences filed its Answer and Affirmative defenses to the Trustee's Complaint, in which it demanded a jury trial (D.I. 5).

3. Instrument Sciences has not filed any proof of claim in the Debtors' bankruptcy case.

4. On June 11, 2004, Instrument Sciences filed its Motion to Withdraw the Bankruptcy Reference (the "First Reference Motion") (D.I. 10) and concurrently filed its Motion to Determine Core Status (the "Core Status Motion") (D.I. 12).

5. On June 30, 2004, the Plaintiff filed its opposition motion to the First Reference Motion (D.I. 13).

6. On December 17, 2004, the District Court issued its memorandum opinion and order denying the First Reference Motion without prejudice (District Court Case No. 04-857) (the "Denial Opinion"). A copy of the Denial Opinion is attached hereto as Exhibit A.

7. On October 1, 2004, the Bankruptcy Court entered a scheduling order (D.I. 20), later amended on March 16, 2005 (D.I. 33) which provided, inter alia, that May 2, 2005 was the deadline for close of all discovery and filing of dispositive motions. No further extensions were granted and trial has been set for June 16, 2005.

## ARGUMENT AND RELIEF REQUESTED

8. Instrument Sciences incorporates by reference herein the facts and arguments raised in its First Reference Motion.

9. As stated before in the First Reference Motion, Instrument Sciences has cause for seeking withdrawal of the reference, because litigating this Adversary Proceeding in the Bankruptcy Court would deprive Instrument Sciences of its right to a jury trial under the Seventh Amendment to the United States Constitution. See Langenkamp v. Culp, 498 U.S. 42, 44 (1990); see also Hutchins v. APCC Services, Inc. (In re Star Creditors Liquidating Trust), 2004 U.S. Dist LEXIS 3279 (D. Del) (March 3, 2004).

10. The Bankruptcy Court would not be able to conduct a jury trial in this Adversary Proceeding. A bankruptcy court only has authority to conduct a jury trial "if specifically designated to exercise such jurisdiction by the district court and with the express consent of all the parties." 28 U.S.C. § 157(e) (emphasis added).

11. The District Court of Delaware has not designated the Bankruptcy Court to exercise such jurisdiction and Instrument Sciences has not asserted any claims against the Debtors' estates or otherwise consented to the jurisdiction of the Bankruptcy Court.

12. By reference to its order and opinion in The Official Committee of Unsecured Creditors of the IT Group, et al. v. Advanced Masonry, Inc. (In re IT Group), (Case No. 04-1340) (D. Del.) (November 22, 2004), the District Court denied Defendant's First Reference Motion because the case was "in its preliminary stages and capable of being resolved by dispositive motions." Denial Opinion, at 4.

13. All discovery is now closed in the Adversary Proceeding. No dispositive motions have been filed and the deadline for filing such motions passed on May 2, 2005. Settlement negotiations have at this point failed. Accordingly, this case is ready for trial and thus sufficient cause now exists for withdrawal of the bankruptcy reference to the District Court.

14. Instrument Sciences believes that this renewed motion has been timely filed in accordance with the holding of Denial Opinion.

WHEREFORE, Instrument Sciences and Technologies, Inc. respectfully requests that the District Court grant its renewed motion for withdrawal of the reference to the Bankruptcy Court, and grant such other and further relief as the Court deems just and proper.

Dated: May 20, 2005

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200

Attorneys for Defendant