IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al.*,<br><br>Debtors.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, ET AL., On Behalf on The Estate of The IT Group, Inc., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INSTRUMENT SCIENCES & TECH, INC.<br><br>Defendant. | CHAPTER 11<br><br>Case No. 02-10118 (MJW)<br>Jointly Administered<br><br><br><br>Adv. No. 04-50735<br><br><br>CIV. NO. __ ___ |

**ORDER GRANTING DEFENDANT INSTRUMENT SCIENCES AND TECHNOLOGIES, INC.'S RENEWED MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE**

AND NOW, this ___ day of _____, 2005, upon consideration of the renewed motion of Instrument Sciences and Technologies, Inc. for an order withdrawing the reference of this adversary proceeding (the "Motion"); it is hereby

ORDERED that the Motion is granted, and the reference of this Adversary Proceeding to the Bankruptcy Court is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

_____
United States District Judge

WM\41102