# TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 04-50735

**Related Bankruptcy Case #:** 02-10118

**District Court Civil Action#:**

**Deputy Clerk Transferring Case:** Lisa M. Dunwody

**Case Type:** Adversary

**Nature of Suit:** Recover Money/Property

**Cause of Transmittal:** Motion Withdrawing the Reference to the U.S. District Court

**Parties:** Official Committee of Unsecured Creditors of the IT Group, Inc. v Instrument Sciences & Tech, Inc.

**Plaintiff's Counsel:**

**Eric Michael Sutty**
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, De 19899
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*

**GianClaudio Finizio**
The Bayard Firm
222 Delaware Avenue
Suite 900, P. O. Box 25130
Wilmington, DE 19899
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**Felice Glennon Kerr**
The Bayard Firm
222 Delaware Avenue
Suite 900, P. O. Box 25130
Wilmington, DE 19899
302-655-5000
Fax : 302-658-6395

Email: [bankserve@bayardfirm.com](bankserve@bayardfirm.com)

**Jeffrey M. Schlerf**
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
302 655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*

**Mary E. Augustine**
The Bayard Firm
222 Delaware Avenue
Suite 900
PO Box 25130
Wilmington, DE 19899-5130
302-655-5000
Fax : 302-658-6395
Email: bankserve@bayardfirm.com

**Defendant's Counsel:**    **David P. Primack**
Drinkee, Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
302-467-4221
Fax : 302-467-4201
Email: david.primack@dbr.com

Revised: 10/20/03

T:\lmd\Transmittal - IT Group - 04-50735.wpd