# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al.*, | ) | Case No. 02-10118 (MFW) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF THE IT | ) | |
| GROUP, INC., *et al.*, ON BEHALF OF | ) | |
| THE ESTATE OF THE IT GROUP, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Pro. Nos.  (PBL) |
| ABATEMENT TECHNOLOGIES | ) | 04-50592 |
| ABELE TRACTOR & EQUIPMENT | ) | |
| COMPANY | ) | 04-50407 |
| ABLE DEWATERING | ) | |
| INCORPORATED | ) | 04-50639 |
| ACACIA GROUP INC. | ) | 04-51331 |
| ACCORD ENGINEERING, INC. | ) | 04-50007 |
| ACCOUNTEMPS | ) | 04-50490 |
| ACCUTEST LABORATORIES | ) | 04-50363 |
| ACE SPRINKLER, INC. | ) | 04-50541 |
| ACRES OF DIAMONDS | ) | 04-51311 |
| ACTION VALVE | ) | 04-50355 |
| ADCO ELECTRICAL CORPO | ) | 04-50548 |
| ADECCO | ) | 04-51315 |
| ADVANCED AIR TECHNOLOGY | ) | 04-50571 |
| ADVANCED ENVIRONMENTAL | ) | |
| SERVICES | ) | 04-50021 |
| ADVANCED EQUIPMENT CO. | ) | 04-50535 |
| ADVANCED INDUSTRIAL SERVICES | ) | 04-50519 |
| ADVANCED MASONRY INC | ) | 04-50453 |
| AFL INDUSTRIES, INC. | ) | 04-50601 |
| AGGREGATE TRANSPORT | ) | 04-50377 |

589498v1

| | | |
|---|---|---|
| CORPORATION | ) | |
| AIG LIFE INSURANCE COMPANY | ) | 04-51226 |
| ALABAMA A&M UNIVERSITY | ) | 04-50590 |
| ALAN ROSENFELD | ) | 04-50471 |
| ALCAN BUILDERS, INC. | ) | 04-50373 |
| ALCO FENCE COMPANY | ) | 04-50520 |
| ALL CRANE | ) | 04-50058 |
| ALLEGHENY POWER | ) | 04-51321 |
| ALLIED BIOLOGICAL INC | ) | 04-50062 |
| ALLIED MACHINERY CORPORATION | ) | 04-51169 |
| ALLOYD ASBESTOS ABATEMENT | ) | |
| CO. | ) | 04-50582 |
| ALPHA ANALYTICAL LABS | ) | 04-50065 |
| AMERICAN EXPRESS TRAVEL | ) | |
| RELATED SERVICE | ) | 04-51284 |
| AMERICAN HAULING, INC. | ) | 04-50423 |
| AMERICAN MARINE CORPORATION | ) | 04-50476 |
| AMERICAN SAFETY & ABATEMENT | ) | |
| PRO | ) | 04-50391 |
| AMERICAN STANDARD CONCRETE | ) | |
| PUMP | ) | 04-50379 |
| AMERICAN WASTE MANAGEMENT | ) | |
| SERVICES | ) | 04-50612 |
| AMERICAN WRECKING | ) | |
| CORPORATION | ) | 04-50016 |
| AMERISTEEL | ) | 04-50467 |
| AMERON INTERNATIONAL | ) | 04-51138 |
| ANDERSON EQUIPMENT COMPANY | ) | 04-50416 |
| ANGELINI BLASTING INC | ) | 04-50446 |
| ANZAC CONTRACTORS, INC. | ) | 04-50501 |
| APC LABORATORY | ) | 04-51141 |
| APPLIED P & CH LABORATORY | ) | 04-50479 |
| ARAMSCO | ) | 04-51195 |
| ARCE SYSTEMS, INC. | ) | 04-50026 |
| ARROWHEAD RECLAMATION | ) | 04-50435 |
| ART HALL PROTECTION SERVICE | ) | 04-50463 |
| ASEC CORPORATION | ) | 04-50357 |
| ATLANTIC TESTING LABS | ) | 04-50400 |
| ATLANTIC WASTE DISPOSAL, INC. | ) | 04-50406 |
| B & C TRUCKING COMPANY LTD | ) | 04-50390 |
| B & M LAWN SERVICE & | ) | |
| LANDSCAPING | ) | 04-50038 |

| | | |
|---|---|---|
| BAHIA BEACH ISLAND RESORT | ) | 04-50399 |
| BASILONE-OLIVER EXECUTIVE SEARCH, INC. | ) ) | 04-50036 |
| BAYOU ASH, INC. | ) | 04-50584 |
| BC LABORATORIES, INC. | ) | 04-50015 |
| BELLE EXCAVATING & CONSTRUCTION | ) ) | 04-50576 |
| BELLON ENVIRONMENTAL COMPANY | ) ) | 04-50025 |
| BERGER & NORTON | ) | 04-50029 |
| BEST WESTERN EL RANCHO MOTOR INN | ) ) | 04-51265 |
| BIG EAST EQUIPMENT CO. INC. | ) | 04-50415 |
| BLACK GOLD ASPHALT INCORPORATED | ) ) | 04-50532 |
| BOILER LEASING CO. | ) | 04-50046 |
| BREAKWATER MARINE CONSTRUCTION | ) ) | 04-50438 |
| BRICE, INC. | ) | 04-50410 |
| BROMLEY ELECTRIC INC | ) | 04-50442 |
| BRON CONCRETE | ) | 04-50465 |
| BUDS TRUCKING | ) | 04-50487 |
| BUFFALO LABORERS BENEFIT FUNDS | ) ) | 04-50489 |
| BULLSEYE ENVIRONMENTAL | ) | 04-50521 |
| BURLINGTON NORTHERN SANTA FE | ) | 04-51287 |
| BUSSARD ENGINEERING, LLC | ) | 04-50018 |
| BWXT SERVICES, INC. | ) | 04-50497 |
| CALSCIENCE ENVIRONMENTAL | ) | 04-50372 |
| CAPITAL PROTECTION SERVICES, INC. | ) ) | 04-50448 |
| CARBONAIR ENVIRONMENTAL SYSTEMS | ) ) | 04-50414 |
| CARMEUSE LIME | ) | 04-50409 |
| CAROL HARRIS STAFFING | ) | 04-50041 |
| CASCADE DRILLING INC | ) | 04-50525 |
| CATALINA PACIFIC CONCRETE | ) | 04-50517 |
| CB RICHARD ELLIS | ) | 04-51333 |
| CECILIA'S SAFETY SERVICE, INC. | ) | 04-50512 |
| CENTRAL PLASTICS COMPANY | ) | 04-50053 |
| CERTES ENVIRONMENTAL | ) | 04-50481 |
| CES-LANDTEC | ) | 04-50475 |
| C-FORCE GENERAL CONTRACTORS | ) | 04-50536 |

| | | |
|---|---|---|
| CHEMTECH CONSULTING GROUP INC. | ) ) | 04-51273 |
| CHESAPEAKE GEOSYSTEMS | ) | 04-50564 |
| CHEVRONTEXACO CORPORATION as successor in interest to Texaco Refining & Marketing, Inc. | ) ) ) ) | 04-51329 |
| CIRCLE HILL SAND & GRAVEL, INC. | ) | 04-50075 |
| CIVIL-MECHANICAL CONTRACTOR | ) | 04-50557 |
| CLARK/BARDES CONSULTION | ) | 04-50068 |
| CLEAN EARTH OF PHILADELPHIA, INC. | ) ) | 04-50070 |
| CLEAN ENVIRONMENT EQUIP CO | ) | 04-50549 |
| CMZ OF HAWAII INCORPORATED | ) | 04-50609 |
| COMPU-DATA | ) | 04-50657 |
| CONSTITUTION STATE SV | ) | 04-50076 |
| CONSTRUCTION MACHINERY | ) | 04-50628 |
| CONSUMERS PIPE & SUPPLY COMPANY | ) ) | 04-50367 |
| CONTAMINANT CONTROL, INC. | ) | 04-50362 |
| CONTRACT SITE SERVICES, INC. | ) | 04-50359 |
| CONTROL EQUIPMENT COMPANY | ) | 04-50655 |
| CONTROLCO, INC. | ) | 04-50651 |
| CORNERSTONE DESIGN SERVICES, INC. | ) ) | 04-50081 |
| CORNERSTONE PAVING, INC. | ) | 04-50643 |
| CORPORATE APARTMENT SPECIALISTS | ) ) | 04-50637 |
| COSHOCTON TRUCKING | ) | 04-50088 |
| CT CORPORATION SYSTEM | ) | 04-51283 |
| CWM CHEMICAL SERVICES L.L.C. | ) | 04-50585 |
| D/K ENVIRONMENTAL | ) | 04-50613 |
| DALE CONSTRUCTION | ) | 04-50099 |
| DAMES & MOORE | ) | 04-51277 |
| DAN HERLIHY | ) | 04-50375 |
| DANTACK CORPORATION | ) | 04-50653 |
| DARR EQUIPMENT COMPANY | ) | 04-50645 |
| DARR RENTAL CO. | ) | 04-50633 |
| DAVID EVANS AND ASSOCIATES | ) | 04-50112 |
| DAVID G. HORSEY & SONS, INC. | ) | 04-50118 |
| DELTA COOLING TOWERS, INC. | ) | 04-50082 |
| DEUTSCHE FINANCIAL SE | ) | 04-51298 |
| DHL ANALYTICAL | ) | 04-50499 |

| | | |
|---|---|---|
| DIAMOND INDUSTRIAL CORPORATION | ) | 04-50095 |
| DIXIE DRILLING | ) | 04-50100 |
| DUFF ELECTRIC | ) | 04-50417 |
| DUPERON CORPORATION | ) | 04-50389 |
| DURATEK FEDERAL SERVICES, INC., | ) | |
| DURATEK SERVICES, INC., | ) | |
| DURATEK WASTE MANAGEMENT | ) | |
| FEDERAL SERVICES, INC., and GTS | ) | |
| DURATEK, INC. | ) | 04-51335 |
| EAGLE SERVICES INCORPORATED | ) | 04-50449 |
| EARTH MATTERS, INC. | ) | 04-50436 |
| EASTERN ANALYTICAL, INC. | ) | 04-50121 |
| ECI | ) | 04-51293 |
| ECONO LODGE | ) | 04-50482 |
| ELAB OF TENNESSEE/FUCH CONTRACTING | ) | 04-51176 |
| E-LABS, INC. | ) | 04-50454 |
| ELECTRIC RESEARCH, INC. | ) | 04-50537 |
| ENCOTECH, INC. | ) | 04-50412 |
| ENERGX, LLC | ) | 04-50393 |
| ENGINEERED SYNTHETIC PRODUCTS, INC. | ) | 04-50146 |
| ENTERPRISE ENGINEERING INC | ) | 04-50488 |
| ENTERPRISE FLEET SERVICE/ENTERPRISE LEASING CO. OF HOUSTON | ) | 04-51178 |
| ENV RESEARCH & CONSULTING, INC. | ) | 04-50077 |
| ENVIRONMENTAL CHEMICAL CORPORATION | ) | 04-50822 |
| ENVIRONMENTAL CONSTRUCTION | ) | 04-50083 |
| ENVIRONMENTAL DATA | ) | 04-50486 |
| ENVIRONMENTAL ENG & CONSTR. | ) | 04-50506 |
| ENVIRONMENTAL RESPONSE, INC. | ) | 04-50101 |
| ENVIRONMENTAL SCIENCE | ) | 04-51168 |
| ENVIRONMENTAL TESTING & CONSULTING | ) | 04-51171 |
| ENVIROSCAPES, INC. | ) | 04-51197 |
| ENVIRO-WASTE SOLUTION | ) | 04-50577 |
| ESN ROCKY MOUNTAIN | ) | 04-50551 |
| ETI SERVICES, INC | ) | 04-50534 |
| EUGENE M. HERSON | ) | 04-50110 |

| | | |
|---|---|---|
| EUREST SUPPORT SERVICES | ) | 04-50491 |
| EVANS LANDSCAPING, INC. | ) | 04-50477 |
| EVERGREEN HELICOPTERS/ALASKA | ) | 04-50402 |
| EXPRESS PERSONNEL SERVICES | ) | 04-50116 |
| EXTENDED STAY AMERICA | ) | 04-50419 |
| FEDERAL EXPRESS CORPORATION | ) | 04-51296 |
| FISCHER PROCESS IND. | ) | 04-50648 |
| FLORIDA ENV COMPLIANCE CORPORATION | ) | 04-50128 |
| FLORIDA KEY RENTAL STORE | ) | 04-50636 |
| FLORIDA ROCK INDUSTRIES, INC. | ) | 04-51251 |
| FMT INCORPORATED | ) | 04-50431 |
| FOPCO | ) | 04-50650 |
| FORKLIFT HAWAII | ) | 04-50814 |
| FORUM ENVIRONMENTAL, INC. | ) | 04-50791 |
| FRASER MINING & INDUSTRIAL SUPPLY | ) | 04-50808 |
| FREBCO, INC. | ) | 04-50800 |
| FREEHOLD CARTAGE, INC | ) | 04-50573 |
| FSI/FLUID SYSTEMS, INC. | ) | 04-50140 |
| G L MORRIS ENTERPRISES | ) | 04-50151 |
| G&K TANK SVCS | ) | 04-50763 |
| G.J. MAZZEI CONSTRUCTION | ) | 04-50749 |
| GALAXY ENVIRONMENTAL INC. | ) | 04-50733 |
| GARCIA PAVING COMPANY INC | ) | 04-50717 |
| GCAP BUSINESS SOLUTIONS | ) | 04-50568 |
| GE CAPITAL CORP. | ) | 04-51289 |
| GE CAPITAL FLEET SERVICES, INC. | ) | 04-51294 |
| GEILER COMPANY | ) | 04-50668 |
| GEOLABS, INC. | ) | 04-50607 |
| GEORGE MACIEL TRUCKING | ) | 04-50825 |
| GEOSONICS | ) | 04-50820 |
| GLI INTERNATIONAL INCORPORATED | ) | 04-50507 |
| GLOBAL (ANGUIL) TECHNOLOGIES | ) | 04-50701 |
| GODWIN PUMPS OF AMERICA, INC. | ) | 04-50546 |
| GPL LABORATORIES, LLC | ) | 04-51212 |
| GRAFTON STAFFING COMPANIES | ) | 04-50663 |
| GRAND EAGLE SERVICES | ) | 04-50483 |
| GREENTREE TRANSPORTATION | ) | 04-50155 |
| GREGG DRILLING & TEST | ) | 04-50647 |

| | | |
|---|---|---|
| GROUND WATER TREATMENT & TECHNO | ) ) | 04-50631 |
| GSA FLEET MANAGEMENT CTR | ) | 04-50662 |
| GS-BAU GMBH & CO. | ) | 04-50480 |
| GSE LINING TECHNOLOGY | ) | 04-51275 |
| GUIDELINE PRINTING COMPANY, INC. | ) ) | 04-50156 |
| H.A.D., INC. | ) | 04-50184 |
| H.F. MCCLURE MAINTENANCE | ) | 04-50458 |
| HALLATON INC. | ) | 04-50530 |
| HALLIN & ASSOCIATES | ) | 04-50522 |
| HAMPTON INN THOMASVILLE | ) | 04-50509 |
| HARGROVES FENCING & INSTALLING | ) ) | 04-51192 |
| HARRIS GROUP INC | ) | 04-50614 |
| HARRIS TRUCKING AND CONSTRUCTION | ) ) | 04-50598 |
| HARRISON EQUIPMENT CORP | ) | 04-50608 |
| HAWAII MEDICAL SERVICE ASSOCIATION | ) ) | 04-50221 |
| HAWAIIAN CEMENT | ) | 04-50561 |
| HAYWARD BAKER, INC. | ) | 04-50640 |
| HCE ELECTRIC INCORPORATED | ) | 04-50586 |
| HEALTH RESOURCES | ) | 04-50644 |
| HELLER FINANCIAL, INC. | ) | 04-51288 |
| HERCULES, INC. | ) | 04-50695 |
| HERTZ CORPORATION | ) | 04-51290 |
| HIGHWAY EQUIPMENT & SUPPLY CO. | ) ) | 04-50611 |
| HILLIAN BROTHERS & SONS, INC. | ) | 04-50593 |
| HISCOCK BARCLAY SAPERSTON & DAY | ) ) | 04-50227 |
| HODGE TRUCKING, INC. | ) | 04-50233 |
| HOFFMAN INTERNATIONAL | ) | 04-50712 |
| HONEYWELL SENSING & CONTROL | ) | 04-51236 |
| HUGHES SUPPLY | ) | 04-50940 |
| HWA GEOSCIENCES, INC. | ) | 04-50308 |
| IMPERIAL LAKES REALTY | ) | 04-50833 |
| INDUSTRIAL HYGIENE PR | ) | 04-50809 |
| INDUSTRIAL WATER SERVICES INC. | ) | 04-50799 |
| INNOVATIVE WASTE MGMT, INC. | ) | 04-50773 |
| INSPECTION LOGIC | ) | 04-50297 |

| | | |
|---|---|---|
| INSTRUMENT SCIENCES & TECH INC. | ) | 04-50735 |
| INTER-CONTINENTAL SERVICES LLC | ) | 04-50728 |
| INTERNATIONAL TRADING INSTITUTE | ) | 04-50301 |
| INTERPHASE ENVIRONMENTAL | ) | 04-50303 |
| INT'L LOGISTICS GROUP, INC. | ) | 04-50743 |
| INVENSYS SYSTEMS INC | ) | 04-51239 |
| ISLAND MECHANICAL CORPORATION | ) | 04-50912 |
| ISLAND TOPSOIL LLC | ) | 04-50691 |
| IUC WHITE MESA LLC | ) | 04-51285 |
| J.D. GRIFFIN & ASSOCIATES, PC | ) | 04-51300 |
| JEFF DIVER GROUP | ) | 04-50320 |
| JENKINS LANDSCAPING & EXCAVATING | ) | 04-50832 |
| JERRY A STANDLEE | ) | 04-50756 |
| JJ KELLER & ASSOCIATE | ) | 04-50917 |
| JMD COMPANY | ) | 04-50325 |
| JOHN VITALE & SONS, INC. | ) | 04-50863 |
| JOINTA GALUSHA, LLC | ) | 04-50321 |
| JONES TECHNOLOGIES, INC. | ) | 04-50896 |
| JRS GEOSERVICES INCORPORATED | ) | 04-50884 |
| JT INDUSTRIAL MAINTENANCE & FAB | ) | 04-50787 |
| KATAHDIN ANALYTICAL SERVICES | ) | 04-50826 |
| KBF POLLUTION MANAGEMENT | ) | 04-50882 |
| KELDORN TRUCKING INC | ) | 04-50876 |
| KELLER GRASSING | ) | 04-50669 |
| KELLY TRACTOR COMPANY | ) | 04-51256 |
| KEN'S TRUCKING & EXCAVATING | ) | 04-50855 |
| KENT RUSSELL PLUMBING | ) | 04-50782 |
| KERR CONCRETE PIPE COMPANY | ) | 04-50694 |
| KIRBY SMITH MACHINERY INC | ) | 04-50705 |
| KITTELSON & ASSOCIATES | ) | 04-50217 |
| KODA DRILLING, INC. | ) | 04-50220 |
| K-PRIME INC | ) | 04-50690 |
| KVS TRANSPORTATION INC | ) | 04-50685 |
| L.B. SMITH INC. | ) | 04-50670 |
| LA QUINTA INN & SUITE | ) | 04-50801 |
| LABORATORY DATA CONSULTING | ) | 04-50786 |
| LAKE REGION SURVEYING | ) | 04-50225 |

| | | |
|---|---|---|
| LAND AND LAKES COMPANY | ) | 04-51147 |
| LANDMARK HOTEL | ) | 04-50760 |
| LANDRUM & BROWN | ) | 04-50231 |
| LANDTEC | ) | 04-50235 |
| LEAL CONSTRUCTION | ) | 04-50746 |
| LEEDY ELECTRIC CORPORATION | ) | 04-50827 |
| LEONARD STREET AND DEINARD, P.A. | ) | 04-50244 |
| LYONS CONTRACTING, INC. | ) | 04-50250 |
| M.E.T. LIMITED | ) | 04-50702 |
| MACHINERY SERVICES INC | ) | 04-50696 |
| MASER SOSINSKI & ASSOC PA | ) | 04-50906 |
| MASSACHUSETTS ELECTRIC COMPANY | ) | 04-50256 |
| MASTER MONITORING SERVICES, INC. | ) | 04-50257 |
| MAUMEE VALLEY FABRICATORS, INC. | ) | 04-50261 |
| McALPIN ENTERPRISES | ) | 04-50264 |
| MCKENZIE TANK LINES  INC | ) | 04-50998 |
| MCNAUGHTON-MCKAY ELECTRIC | ) | 04-50990 |
| MCNEELY & LINCOLN ASSOCIATES | ) | 04-50973 |
| MCPHEETERS & ASSOCIATES INC. | ) | 04-50267 |
| MEDIA BLAST & ABRASIVES, INC. | ) | 04-50967 |
| MHF LOGISTICAL SOLUTIONS INC. | ) | 04-50942 |
| MIKATECH SERVICES | ) | 04-50997 |
| MILANI & ASSOCIATES | ) | 04-50275 |
| MISSOURI VALLEY, INC. | ) | 04-50699 |
| MIT ENGINEERING & CONSTRUCTION, INC. | ) | 04-50281 |
| MN GILBERT ENVIRONMENTAL | ) | 04-50284 |
| MORETRENCH AMERICAN CORPORATION | ) | 04-50804 |
| MORETRENCH ENVIRONMENTAL SERVICES | ) | 04-50722 |
| MORROW CONTROL & SUPPLY, INC. | ) | 04-50286 |
| MP ENVIRONMENTAL SERVICES | ) | 04-50901 |
| MT HOPE ROCK PRODUCTS | ) | 04-50293 |
| MURPHY BROTHERS TRUCKING, INC. | ) | 04-50865 |
| MWO ENVIRONMENTAL ENGINEERING AND CONSULTING, P.C. | ) | 04-50296 |

| | | |
|---|---|---|
| NANCE PRECAST CONCRETE PRODUCTS | ) ) | 04-50873 |
| NATIONAL ENVIRONMENTAL SYSTEM | ) ) | 04-50316 |
| NATIONAL VACUUM CORPORATION | ) | 04-51006 |
| NAT'L UNION FIRE INSURANCE | ) | 04-50318 |
| NEFF RENTAL | ) | 04-51009 |
| NEO CORPORATIOR | ) | 04-51022 |
| NEXTIRAONE, LLC | ) | 04-50330 |
| NIAGARA MOHAWK | ) | 04-51232 |
| NORTH PACIFIC RESEARCH | ) | 04-50333 |
| NORTHEAST FILTER & EQ | ) | 04-50960 |
| NSTAR ELECTRIC | ) | 04-50338 |
| O'BRIEN & GERE LABORATORIES INC | ) ) | 04-50944 |
| O'BRIEN ENERGY SERVICES  CO | ) | 04-50969 |
| OFFICE TEAM | ) | 04-50953 |
| OHIO OPERATING ENGINEER BENEFITS | ) ) | 04-50687 |
| ON SITE ENERGY COMPANIES | ) | 04-51240 |
| ONSITE | ) | 04-51266 |
| ONSITE COMMERCIAL STA | ) | 04-51258 |
| ONSITE COMPANIES, INC. | ) | 04-51254 |
| ONSITE ENERGY SERVICES | ) | 04-51268 |
| ONYX INDUSTRIAL SERVICES | ) | 04-50765 |
| ONYX SPECIAL SERVICES, INC. f/k/a SUPERIOR SPECIAL SERVICES, INC. | ) ) | 04-50996 |
| ORION REGISTRAR INCORPORATED | ) | 04-50096 |
| PACTEC | ) | 04-50678 |
| PAR ENVIRONMENTAL SERVICES, INC. | ) ) | 04-50109 |
| PARAGON SUITES LLC | ) | 04-50785 |
| PARK PLASTIC PRODUCTS | ) | 04-50673 |
| PARTNERS CONSULTING SERVICES | ) | 04-51194 |
| PAVEMENT CONSULTANTS, INC. | ) | 04-50117 |
| PAVEMENT SERVICES, INC. | ) | 04-50120 |
| PEL LABORATORIES, INC | ) | 04-50938 |
| PENN PRO | ) | 04-50794 |
| PENTAGON CONSTRUCTION, INC. | ) | 04-50964 |
| PEREZ BROTHERS INCORPORATED | ) | 04-50677 |
| PESCHLA & ROCHMES | ) | 04-50807 |
| PETROLEUM EQUIPMENT | ) | 04-50130 |

| | | |
|---|---|---|
| CONSTRUCTION, INC. | ) | |
| PFIFFERLING & ASSOCIATES | ) | 04-50133 |
| PG&E | ) | 04-51255 |
| PHILLIPS & JORDAN, INC. | ) | 04-50666 |
| PINERIDGE FARMS INCORPORATED | ) | 04-51146 |
| PNC LEASING, LLC | ) | 04-51253 |
| PNEUMATIC RESTORATION SOUTH | ) | |
| INC | ) | 04-50762 |
| POINDEXTER & DOUTRE, INC. | ) | 04-50138 |
| PORT CONSOLIDATED | ) | 04-50897 |
| PORTEMUS ENGINEERING, INC. | ) | 04-50143 |
| POWERLINE SAND, INC. | ) | 04-50788 |
| POWERTRAC MACHINERY | ) | 04-50750 |
| PRECISION FABRICATING | ) | 04-50147 |
| PRICE TRUCKING CORPORATION | ) | 04-50745 |
| PRICEWATERHOUSE, LLP | ) | 04-50158 |
| PROBE DOMAIN | ) | 04-50859 |
| PROCESS ENGINEERING COMPANY | ) | 04-50159 |
| PRODUCT RECOVERY | ) | |
| MANAGEMENT | ) | 04-50877 |
| PROSONIC CORPORATION | ) | 04-50886 |
| PRUNUSKE CHATHAM, INC. | ) | 04-51166 |
| PUBLIC SERVICE ELECTRIC & GAS | ) | 04-50162 |
| PURDOM, KASKEY & ASSOC., INC. | ) | 04-50851 |
| PUROLITE COMPANY | ) | 04-51248 |
| QED ENVIRONMENTAL SYSTEMS | ) | |
| INC. | ) | 04-50726 |
| QUADNA PSI | ) | 04-50718 |
| RADON ABATEMENT SYSTEMS, INC. | ) | 04-50711 |
| RAIN FOR RENT | ) | 04-51188 |
| RAMADA INN; RAMADA INN D/B/A | ) | |
| MOREHEAD MOTELS -RAMADA INN, | ) | |
| SITE #1789 -RAMADA INN, SITE #313 - | ) | |
| RAMADA INN, SITE #1280 -RAMADA | ) | |
| INN, SITE #1579 -RAMADA INN, SITE | ) | |
| #1007 -RAMADA INN, SITE #5450 - | ) | |
| RAMADA LIMITED D/B/A MDRB | ) | |
| CORPORATION | ) | |
| -RAMADA INN QUANTICO - | ) | |
| TRIANGLE, SITE#2669 -RAMADA INN | ) | |
| (EMPORIA), SITE #10117 | ) | |
| -RAMADA INN (NEW HARTFORD), | ) | |
| SITE #1937 | ) | 04-51262 |

| | | |
|---|---|---|
| -RAMADA INN (ROCHELLE PARK), SITE #1314 | ) ) | |
| -RAMADA INN (PAINTSVILLE), SITE #11464 | ) ) | |
| RAMADA LIMITED; RAMADA LIMITED D/B/A MDRB CORPORATION | ) ) ) | 04-51281 |
| RAYMOND SIMONDS & ASSOCIATES | ) | 04-50168 |
| RENAISSANCE WASHINGTON | ) | 04-50812 |
| REPUBLIC WASTE SERVICES | ) | 04-50768 |
| RESOURCE LABORATORIES | ) | 04-50177 |
| RESOURCE RECLAMATION | ) | 04-50751 |
| RHOTEN & SONS, INC | ) | 04-50957 |
| RINGHAVER | ) | 04-50930 |
| RINKER MATERIALS, INC. | ) | 04-51263 |
| RM CAT ENVIRONMENTAL SERVICES | ) ) | 04-50185 |
| RMCAT ENVIRONMENTAL SERVICES INC | ) ) | 04-50747 |
| RSH TRUCKING INC | ) | 04-50868 |
| S/G DRILLING COMPANY | ) | 04-50892 |
| SAFETY KLEEN CORPORATION | ) | 04-51270 |
| SALEM STONE CORPORATION | ) | 04-50191 |
| SAMSUNG CORPORATION | ) | 04-51280 |
| SAUK TRAIL HILLS DEVELOPMENT | ) | 04-50715 |
| SBC - SACRAMENTO | ) | 04-51272 |
| SERROT INTERNATIONAL | ) | 04-50198 |
| SEVERN TRENT LABORATORY | ) | 04-51241 |
| SHAMROCK ENVIRONMENTAL | ) | 04-50911 |
| SHANDON IRON & STEEL | ) | 04-50744 |
| SIEMENS BUSINESS COMMUNICATION SYSTEMS, INC. | ) ) | 04-51243 |
| SIMS TRUCKING INC. | ) | 04-50803 |
| SKAPS INDUSTRIES | ) | 04-50207 |
| SOIL RECOVERY GROUP | ) | 04-50874 |
| SOUTHERN CA EDISON CO | ) | 04-51276 |
| SOUTHERN CALIFORNIA GAS | ) | 04-50211 |
| SOUTHERN WASTE SERVICES INC | ) | 04-50966 |
| SOUTHWESTERN SUPPLIERS INC | ) | 04-51038 |
| SPRINGFIELD TOPSOIL CORP. | ) | 04-51035 |
| STAMFORD COMPUTER GROUP | ) | 04-50232 |
| STARK'S GRAVEL COMPANY | ) | 04-50864 |

| | | |
|---|---|---|
| STL | ) | 04-51041 |
| STUDIO PLUS #49 | ) | 04-50975 |
| SUNBELT ENVIRONMENTAL | ) | |
| SERVICES | ) | 04-51182 |
| SUNGARD RECOVERY SERVICES | ) | 04-50251 |
| SYRACUSE SUPPLY COMPANY | ) | 04-51021 |
| SYSTEMS AUTOMATION | ) | 04-50282 |
| TALON DRILLING, INC. | ) | 04-51024 |
| TAMPA ARMATURE WORKS, INC. | ) | 04-50844 |
| TAMPA ELECTRIC | ) | 04-50949 |
| TAW INCORPORATED | ) | 04-50934 |
| TAYLOR PETROLEUM | ) | 04-50929 |
| TCB INDUSTRIAL CORPORATION | ) | 04-50887 |
| TCF AEROVENT | ) | 04-51167 |
| TESCO CONTROLS INC | ) | 04-50991 |
| TEXACO | ) | 04-51260 |
| TEXANA MACHINERY | ) | |
| CORPORATION | ) | 04-51027 |
| TEXAS LIME CO INC | ) | 04-51037 |
| THE CHAMBERLAIN GROUP LTD | ) | 04-51177 |
| THE WELLS GROUP, LLC | ) | 04-50204 |
| THE WRIGHT SAFETY COMPANY | ) | 04-50983 |
| THOMAS G PAGAN | ) | 04-50212 |
| THORNTON AND COMPANY | ) | 04-51012 |
| TILCON DELAWARE, INC. | ) | 04-51034 |
| TONY R. CRISALLI INC | ) | 04-51014 |
| TOTAL QUALITY DRILLING, LLC | ) | 04-50224 |
| TOTAL SAFETY, INC. | ) | 04-50924 |
| TOTAL SUPPORT SERVICES, INC. | ) | 04-50228 |
| TOWILL, INC. | ) | 04-50931 |
| TRANS-PHOS, INC. | ) | 04-50937 |
| TRANSPO GROUP, INC. | ) | 04-51175 |
| TRAVELODGE | ) | 04-50943 |
| TRIJAY SYSTEMS, INC. | ) | 04-50950 |
| TRI-TECH RESEARCH | ) | 04-50234 |
| TRITON CONTAINER | ) | |
| INTERNATIONAL | ) | 04-50962 |
| U.S. ENV. RENTAL CORP | ) | 04-50982 |
| U.S. FILTER/WESTATES | ) | 04-50994 |
| UNITED MECHANICAL OF LAWTON | ) | |
| INC | ) | 04-51042 |
| UNIVERSAL FABRIC STRUCTURES | ) | 04-50977 |

| | | |
|---|---|---|
| URS GROUP, INC. | ) | 04-51264 |
| URS/DAMES & MOORE | ) | 04-51250 |
| V&W DRILLING | ) | 04-50266 |
| VALLEY INN | ) | 04-50945 |
| VANCE WRIGHT ADAMS & | ) | |
| ASSOCIATES, INC. | ) | 04-50274 |
| VERIZON | ) | 04-51282 |
| VULCAN MATERIALS COMPANY | ) | 04-51249 |
| WAGGONER EQUIPMENT COMPANY | ) | 04-50935 |
| WALKER SAND & STONE, INC. | ) | 04-50993 |
| WASHINGTON GROUP | ) | |
| INTERNATIONAL | ) | 04-51247 |
| WASTE MANAGEMENT, INC. | ) | 04-51267 |
| WASTE RECOVERY ENTERPRISES | ) | |
| LLC | ) | 04-51011 |
| WASTE SOLUTIONS GROUP | ) | 04-51001 |
| WAYNE PERRY, INC. | ) | 04-50932 |
| WELCH SAND & GRAVEL, INC. | ) | 04-50981 |
| WESCO DISTRIBUTING INC | ) | 04-50952 |
| WEST GROUP | ) | 04-50285 |
| WESTAFF | ) | 04-50985 |
| WESTERN MECHANICAL, INC. | ) | 04-50956 |
| WHITE SHIELD, INC. | ) | 04-50292 |
| WILLARD PACKAGING COMPANY | ) | 04-51143 |
| WILLIAM'S COMMUNICATION | ) | |
| SOLUTIONS | ) | 04-50295 |
| WOOD'S CRUSHING & HAULING INC. | ) | 04-50881 |
| WRIGHT RENTAL COMPANY | ) | 04-50909 |
| WYOMING CONCRETE INDUSTRIES, | ) | |
| INC. | ) | 04-50306 |
| WYOMING RECLAMATION & | ) | |
| ENTERPRISE | ) | 04-50904 |
| YOUNG BUILDERS & | ) | |
| CONSTRUCTION, INC. | ) | 04-50326 |

## NOTICE OF COMPLETION OF BRIEFING REGARDING PLAINTIFF'S EXPEDITED MOTION TO ESTABLISH UNIFORM DISPOSITIVE MOTION RESPONSE AND REPLY DEADLINES IN ACCORDANCE WITH THE OUTSIDE DEADLINES SET BY THIS COURT'S APRIL 14TH ORDER

PLEASE TAKE NOTICE that on May 23, 2005, plaintiff IT Litigation Trust

Trustee (the "Plaintiff") filed the Plaintiff's Expedited Motion to Establish Uniform

Dispositive Motion Response and Reply Deadlines in Accordance With the Outside Deadlines Set by this Court's April 14th Order (the "Motion").

PLEASE TAKE FURTHER NOTICE that on May 25, 2005, the Court entered the Order Granting Expedited Consideration of Plaintiff's Motion to Establish Uniform Dispositive Motion Response and Reply Deadlines in Accordance With the Outside Deadlines Set by this Court's April 14th Order that required responses to the Motion to be filed and served by no later than May 27, 2005 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that responses were filed by the following defendants[1]: BWXT Services, Inc. (Adv. Pro. No. 04-50497); Calscience Environmental (Adv. Pro. No. 04-50372); Clean Environmental (Adv. Pro. No. 04-50549); Enviroscapes, Inc. (Adv. Pro. No. 04-51197); Galaxy Environmental, Inc. (Adv. Pro. No. 04-50733); George Maciel Trucking (Adv. Pro. No. 04-50825); The Hertz Corporation (Adv. Pro. No. 04-51290); JJ Kellar & Associates, Inc.(Adv. Pro. No. 04-50917); Jointa Galusha, LLC (Adv. Pro. No. 04-50321); Kirby Smith Machinery Inc. (Adv. Pro. No. 04-50705); McKenzie Tank Lines (Adv. Pro. No. 04-50998); Paragon Suites (Adv. Pro. No. 04-50785); Powertrac Machinery (Adv. Pro. No. 04-50750); Price Trucking Corporation (Adv. Pro. No. 04-50745); Public Service Electric & Gas Company (Adv. Pro. No. 04-50162); QED Environmental Systems, Inc. (Adv. Pro. No. 04-50726); Samsung Corporation (Adv. Pro. No. 04-51280); Severn Trent Laboratory (Adv. Pro. No. 04-51241); Tilcon Delaware, Inc. (Adv. Pro. No. 04-51034); Tony R. Crisalli, Inc. (Adv. Pro. No. 04-51014); Wayne Perry, Inc. (Adv. Pro. No. 04-50932); and Wesco Distributions, Inc. (Adv. Pro. No. 04-50952) (collectively, the "Responses"). In addition,

---

[1] Responses were also filed by Shamrock Environmental and Stark's Gravel Company. Separate notices of completion of briefing are being filed with respect to these defendants.

defendant K-Prime, Inc. (Adv. Pro. No. 04-50690) informally responded to the Motion (the "Informal Response").

PLEASE TAKE FURTHER NOTICE that in the Responses and the Informal Response the defendants indicate that the Motion should not apply to such defendant for one or more of the following reasons: a) the defendant should not be included in the order granting the Motion because the adversary proceeding is settled; b) the defendant is a "Defaulted Defendant" and is subject to a separate scheduling order; c) briefing on dispositive motion is complete; d) the defendant filed a motion to extend the deadline to file dispositive motions; and/or e) the defendant has requested ten (10) days to file a reply.  The Responses and the Informal Response did not directly oppose the relief requested in the Motion.  Accordingly, the Plaintiff has agreed to remove the defendants that filed the Responses and the Informal Response from the proposed order (the "Proposed Order") granting the Motion.  A copy of the Proposed Order is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to District Court Local Rule 7.1.2, the briefing related to the Motion has been completed and the Plaintiff requests that the Court enter the Proposed Order.

Dated:  June 1, 2005                          THE BAYARD FIRM

                                              By:  /s/ Eric M. Sutty_____
                                                 Jeffrey M. Schlerf (No. 3047)
                                                 Eric M. Sutty (No. 4007)
                                                 GianClaudio Finizio (No. 4253)
                                                 222 Delaware Avenue, Suite 900
                                                 Wilmington, Delaware 19801
                                                 (302) 655-5000

                                                      -and-

John K. Cunningham
Ileana Cruz
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700

Attorneys for Plaintiff

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE IT GROUP, INC., *et al.*, | ) | Case No. 02-10118 (MFW) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF THE IT | ) | |
| GROUP, INC., *et al.*, ON BEHALF OF | ) | |
| THE ESTATE OF THE IT GROUP, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adv. Pro. Nos.  (PBL) |
| ABATEMENT TECHNOLOGIES | ) | 04-50592 |
| ABELE TRACTOR & EQUIPMENT | ) | |
| COMPANY | ) | 04-50407 |
| ABLE DEWATERING | ) | |
| INCORPORATED | ) | 04-50639 |
| ACACIA GROUP INC. | ) | 04-51331 |
| ACCORD ENGINEERING, INC. | ) | 04-50007 |
| ACCOUNTEMPS | ) | 04-50490 |
| ACCUTEST LABORATORIES | ) | 04-50363 |
| ACE SPRINKLER, INC. | ) | 04-50541 |
| ACRES OF DIAMONDS | ) | 04-51311 |
| ACTION VALVE | ) | 04-50355 |
| ADCO ELECTRICAL CORPO | ) | 04-50548 |
| ADECCO | ) | 04-51315 |
| ADVANCED AIR TECHNOLOGY | ) | 04-50571 |
| ADVANCED ENVIRONMENTAL | ) | |
| SERVICES | ) | 04-50021 |
| ADVANCED EQUIPMENT CO. | ) | 04-50535 |
| ADVANCED INDUSTRIAL SERVICES | ) | 04-50519 |
| ADVANCED MASONRY INC | ) | 04-50453 |
| AFL INDUSTRIES, INC. | ) | 04-50601 |
| AGGREGATE TRANSPORT | ) | 04-50377 |

589300v1

| | | |
|---|---|---|
| CORPORATION | ) | |
| AIG LIFE INSURANCE COMPANY | ) | 04-51226 |
| ALABAMA A&M UNIVERSITY | ) | 04-50590 |
| ALAN ROSENFELD | ) | 04-50471 |
| ALCAN BUILDERS, INC. | ) | 04-50373 |
| ALCO FENCE COMPANY | ) | 04-50520 |
| ALL CRANE | ) | 04-50058 |
| ALLEGHENY POWER | ) | 04-51321 |
| ALLIED BIOLOGICAL INC | ) | 04-50062 |
| ALLIED MACHINERY CORPORATION | ) | 04-51169 |
| ALLOYD ASBESTOS ABATEMENT | ) | |
| CO. | ) | 04-50582 |
| ALPHA ANALYTICAL LABS | ) | 04-50065 |
| AMERICAN EXPRESS TRAVEL | ) | |
| RELATED SERVICE | ) | 04-51284 |
| AMERICAN HAULING, INC. | ) | 04-50423 |
| AMERICAN MARINE CORPORATION | ) | 04-50476 |
| AMERICAN SAFETY & ABATEMENT | ) | |
| PRO | ) | 04-50391 |
| AMERICAN STANDARD CONCRETE | ) | |
| PUMP | ) | 04-50379 |
| AMERICAN WASTE MANAGEMENT | ) | |
| SERVICES | ) | 04-50612 |
| AMERICAN WRECKING | ) | |
| CORPORATION | ) | 04-50016 |
| AMERISTEEL | ) | 04-50467 |
| AMERON INTERNATIONAL | ) | 04-51138 |
| ANDERSON EQUIPMENT COMPANY | ) | 04-50416 |
| ANGELINI BLASTING INC | ) | 04-50446 |
| ANZAC CONTRACTORS, INC. | ) | 04-50501 |
| APC LABORATORY | ) | 04-51141 |
| APPLIED P & CH LABORATORY | ) | 04-50479 |
| ARAMSCO | ) | 04-51195 |
| ARCE SYSTEMS, INC. | ) | 04-50026 |
| ARROWHEAD RECLAMATION | ) | 04-50435 |
| ART HALL PROTECTION SERVICE | ) | 04-50463 |
| ASEC CORPORATION | ) | 04-50357 |
| ATLANTIC TESTING LABS | ) | 04-50400 |
| ATLANTIC WASTE DISPOSAL, INC. | ) | 04-50406 |
| B & C TRUCKING COMPANY LTD | ) | 04-50390 |
| B & M LAWN SERVICE & | ) | |
| LANDSCAPING | ) | 04-50038 |

| | | |
|---|---|---|
| BAHIA BEACH ISLAND RESORT | ) | 04-50399 |
| BASILONE-OLIVER EXECUTIVE SEARCH, INC. | )<br>) | 04-50036 |
| BAYOU ASH, INC. | ) | 04-50584 |
| BC LABORATORIES, INC. | ) | 04-50015 |
| BELLE EXCAVATING & CONSTRUCTION | )<br>) | 04-50576 |
| BELLON ENVIRONMENTAL COMPANY | )<br>) | 04-50025 |
| BERGER & NORTON | ) | 04-50029 |
| BEST WESTERN EL RANCHO MOTOR INN | )<br>) | 04-51265 |
| BIG EAST EQUIPMENT CO. INC. | ) | 04-50415 |
| BLACK GOLD ASPHALT INCORPORATED | )<br>) | 04-50532 |
| BOILER LEASING CO. | ) | 04-50046 |
| BREAKWATER MARINE CONSTRUCTION | )<br>) | 04-50438 |
| BRICE, INC. | ) | 04-50410 |
| BROMLEY ELECTRIC INC | ) | 04-50442 |
| BRON CONCRETE | ) | 04-50465 |
| BUDS TRUCKING | ) | 04-50487 |
| BUFFALO LABORERS BENEFIT FUNDS | )<br>) | 04-50489 |
| BULLSEYE ENVIRONMENTAL | ) | 04-50521 |
| BURLINGTON NORTHERN SANTA FE | ) | 04-51287 |
| BUSSARD ENGINEERING, LLC | ) | 04-50018 |
| CAPITAL PROTECTION SERVICES, INC. | )<br>) | 04-50448 |
| CARBONAIR ENVIRONMENTAL SYSTEMS | )<br>) | 04-50414 |
| CARMEUSE LIME | ) | 04-50409 |
| CAROL HARRIS STAFFING | ) | 04-50041 |
| CASCADE DRILLING INC | ) | 04-50525 |
| CATALINA PACIFIC CONCRETE | ) | 04-50517 |
| CB RICHARD ELLIS | ) | 04-51333 |
| CECILIA'S SAFETY SERVICE, INC. | ) | 04-50512 |
| CENTRAL PLASTICS COMPANY | ) | 04-50053 |
| CERTES ENVIRONMENTAL | ) | 04-50481 |
| CES-LANDTEC | ) | 04-50475 |
| C-FORCE GENERAL CONTRACTORS | ) | 04-50536 |
| CHEMTECH CONSULTING GROUP INC. | )<br>) | 04-51273 |

| | | |
|---|---|---|
| CHESAPEAKE GEOSYSTEMS | ) | 04-50564 |
| CHEVRONTEXACO CORPORATION as successor in interest to Texaco Refining & Marketing, Inc. | ) ) ) ) | 04-51329 |
| CIRCLE HILL SAND & GRAVEL, INC. | ) | 04-50075 |
| CIVIL-MECHANICAL CONTRACTOR | ) | 04-50557 |
| CLARK/BARDES CONSULTION | ) | 04-50068 |
| CLEAN EARTH OF PHILADELPHIA, INC. | ) ) | 04-50070 |
| CMZ OF HAWAII INCORPORATED | ) | 04-50609 |
| COMPU-DATA | ) | 04-50657 |
| CONSTITUTION STATE SV | ) | 04-50076 |
| CONSTRUCTION MACHINERY | ) | 04-50628 |
| CONSUMERS PIPE & SUPPLY COMPANY | ) ) | 04-50367 |
| CONTAMINANT CONTROL, INC. | ) | 04-50362 |
| CONTRACT SITE SERVICES, INC. | ) | 04-50359 |
| CONTROL EQUIPMENT COMPANY | ) | 04-50655 |
| CONTROLCO, INC. | ) | 04-50651 |
| CORNERSTONE DESIGN SERVICES, INC. | ) ) | 04-50081 |
| CORNERSTONE PAVING, INC. | ) | 04-50643 |
| CORPORATE APARTMENT SPECIALISTS | ) ) | 04-50637 |
| COSHOCTON TRUCKING | ) | 04-50088 |
| CT CORPORATION SYSTEM | ) | 04-51283 |
| CWM CHEMICAL SERVICES L.L.C. | ) | 04-50585 |
| D/K ENVIRONMENTAL | ) | 04-50613 |
| DALE CONSTRUCTION | ) | 04-50099 |
| DAMES & MOORE | ) | 04-51277 |
| DAN HERLIHY | ) | 04-50375 |
| DANTACK CORPORATION | ) | 04-50653 |
| DARR EQUIPMENT COMPANY | ) | 04-50645 |
| DARR RENTAL CO. | ) | 04-50633 |
| DAVID EVANS AND ASSOCIATES | ) | 04-50112 |
| DAVID G. HORSEY & SONS, INC. | ) | 04-50118 |
| DELTA COOLING TOWERS, INC. | ) | 04-50082 |
| DEUTSCHE FINANCIAL SE | ) | 04-51298 |
| DHL ANALYTICAL | ) | 04-50499 |
| DIAMOND INDUSTRIAL CORPORATION | ) ) | 04-50095 |
| DIXIE DRILLING | ) | 04-50100 |

| | | |
|---|---|---|
| DUFF ELECTRIC | ) | 04-50417 |
| DUPERON CORPORATION | ) | 04-50389 |
| DURATEK FEDERAL SERVICES, INC., | ) | |
| DURATEK SERVICES, INC., | ) | |
| DURATEK WASTE MANAGEMENT | ) | |
| FEDERAL SERVICES, INC., and GTS | ) | |
| DURATEK, INC. | ) | 04-51335 |
| EAGLE SERVICES INCORPORATED | ) | 04-50449 |
| EARTH MATTERS, INC. | ) | 04-50436 |
| EASTERN ANALYTICAL, INC. | ) | 04-50121 |
| ECI | ) | 04-51293 |
| ECONO LODGE | ) | 04-50482 |
| ELAB OF TENNESSEE/FUCH | ) | |
| CONTRACTING | ) | 04-51176 |
| E-LABS, INC. | ) | 04-50454 |
| ELECTRIC RESEARCH, INC. | ) | 04-50537 |
| ENCOTECH, INC. | ) | 04-50412 |
| ENERGX, LLC | ) | 04-50393 |
| ENGINEERED SYNTHETIC | ) | |
| PRODUCTS, INC. | ) | 04-50146 |
| ENTERPRISE ENGINEERING INC | ) | 04-50488 |
| ENTERPRISE FLEET | ) | |
| SERVICE/ENTERPRISE LEASING CO. | ) | |
| OF HOUSTON | ) | 04-51178 |
| ENV RESEARCH & CONSULTING, | ) | |
| INC. | ) | 04-50077 |
| ENVIRONMENTAL CHEMICAL | ) | |
| CORPORATION | ) | 04-50822 |
| ENVIRONMENTAL CONSTRUCTION | ) | 04-50083 |
| ENVIRONMENTAL DATA | ) | 04-50486 |
| ENVIRONMENTAL ENG & CONSTR. | ) | 04-50506 |
| ENVIRONMENTAL RESPONSE, INC. | ) | 04-50101 |
| ENVIRONMENTAL SCIENCE | ) | 04-51168 |
| ENVIRONMENTAL TESTING & | ) | |
| CONSULTING | ) | 04-51171 |
| ENVIRO-WASTE SOLUTION | ) | 04-50577 |
| ESN ROCKY MOUNTAIN | ) | 04-50551 |
| ETI SERVICES, INC | ) | 04-50534 |
| EUGENE M. HERSON | ) | 04-50110 |
| EUREST SUPPORT SERVICES | ) | 04-50491 |
| EVANS LANDSCAPING, INC. | ) | 04-50477 |
| EVERGREEN HELICOPTERS/ALASKA | ) | 04-50402 |
| EXPRESS PERSONNEL SERVICES | ) | 04-50116 |

| | | |
|---|---|---|
| EXTENDED STAY AMERICA | ) | 04-50419 |
| FEDERAL EXPRESS CORPORATION | ) | 04-51296 |
| FISCHER PROCESS IND. | ) | 04-50648 |
| FLORIDA ENV COMPLIANCE | ) | |
| CORPORATION | ) | 04-50128 |
| FLORIDA KEY RENTAL STORE | ) | 04-50636 |
| FLORIDA ROCK INDUSTRIES, INC. | ) | 04-51251 |
| FMT INCORPORATED | ) | 04-50431 |
| FOPCO | ) | 04-50650 |
| FORKLIFT HAWAII | ) | 04-50814 |
| FORUM ENVIRONMENTAL, INC. | ) | 04-50791 |
| FRASER MINING & INDUSTRIAL | ) | |
| SUPPLY | ) | 04-50808 |
| FREBCO, INC. | ) | 04-50800 |
| FREEHOLD CARTAGE, INC | ) | 04-50573 |
| FSI/FLUID SYSTEMS, INC. | ) | 04-50140 |
| G L MORRIS ENTERPRISES | ) | 04-50151 |
| G&K TANK SVCS | ) | 04-50763 |
| G.J. MAZZEI CONSTRUCTION | ) | 04-50749 |
| GARCIA PAVING COMPANY INC | ) | 04-50717 |
| GCAP BUSINESS SOLUTIONS | ) | 04-50568 |
| GE CAPITAL CORP. | ) | 04-51289 |
| GE CAPITAL FLEET SERVICES, INC. | ) | 04-51294 |
| GEILER COMPANY | ) | 04-50668 |
| GEOLABS, INC. | ) | 04-50607 |
| GEOSONICS | ) | 04-50820 |
| GLI INTERNATIONAL | ) | |
| INCORPORATED | ) | 04-50507 |
| GLOBAL (ANGUIL) TECHNOLOGIES | ) | 04-50701 |
| GODWIN PUMPS OF AMERICA, INC. | ) | 04-50546 |
| GPL LABORATORIES, LLC | ) | 04-51212 |
| GRAFTON STAFFING COMPANIES | ) | 04-50663 |
| GRAND EAGLE SERVICES | ) | 04-50483 |
| GREENTREE TRANSPORTATION | ) | 04-50155 |
| GREGG DRILLING & TEST | ) | 04-50647 |
| GROUND WATER TREATMENT & | ) | |
| TECHNO | ) | 04-50631 |
| GSA FLEET MANAGEMENT CTR | ) | 04-50662 |
| GS-BAU GMBH & CO. | ) | 04-50480 |
| GSE LINING TECHNOLOGY | ) | 04-51275 |
| GUIDELINE PRINTING COMPANY, | ) | |
| INC. | ) | 04-50156 |

| | | |
|---|---|---|
| H.A.D., INC. | ) | 04-50184 |
| H.F. MCCLURE MAINTENANCE | ) | 04-50458 |
| HALLATON INC. | ) | 04-50530 |
| HALLIN & ASSOCIATES | ) | 04-50522 |
| HAMPTON INN THOMASVILLE | ) | 04-50509 |
| HARGROVES FENCING & | ) | |
| INSTALLING | ) | 04-51192 |
| HARRIS GROUP INC | ) | 04-50614 |
| HARRIS TRUCKING AND | ) | |
| CONSTRUCTION | ) | 04-50598 |
| HARRISON EQUIPMENT CORP | ) | 04-50608 |
| HAWAII MEDICAL SERVICE | ) | |
| ASSOCIATION | ) | 04-50221 |
| HAWAIIAN CEMENT | ) | 04-50561 |
| HAYWARD BAKER, INC. | ) | 04-50640 |
| HCE ELECTRIC INCORPORATED | ) | 04-50586 |
| HEALTH RESOURCES | ) | 04-50644 |
| HELLER FINANCIAL, INC. | ) | 04-51288 |
| HERCULES, INC. | ) | 04-50695 |
| HIGHWAY EQUIPMENT & SUPPLY | ) | |
| CO. | ) | 04-50611 |
| HILLIAN BROTHERS & SONS, INC. | ) | 04-50593 |
| HISCOCK BARCLAY SAPERSTON & | ) | |
| DAY | ) | 04-50227 |
| HODGE TRUCKING, INC. | ) | 04-50233 |
| HOFFMAN INTERNATIONAL | ) | 04-50712 |
| HONEYWELL SENSING & CONTROL | ) | 04-51236 |
| HUGHES SUPPLY | ) | 04-50940 |
| HWA GEOSCIENCES, INC. | ) | 04-50308 |
| IMPERIAL LAKES REALTY | ) | 04-50833 |
| INDUSTRIAL HYGIENE PR | ) | 04-50809 |
| INDUSTRIAL WATER SERVICES INC. | ) | 04-50799 |
| INNOVATIVE WASTE MGMT, INC. | ) | 04-50773 |
| INSPECTION LOGIC | ) | 04-50297 |
| INSTRUMENT SCIENCES & TECH | ) | |
| INC. | ) | 04-50735 |
| INTER-CONTINENTAL SERVICES LLC | ) | 04-50728 |
| INTERNATIONAL TRADING | ) | |
| INSTITUTE | ) | 04-50301 |
| INTERPHASE ENVIRONMENTAL | ) | 04-50303 |
| INT'L LOGISTICS GROUP, INC. | ) | 04-50743 |
| INVENSYS SYSTEMS INC | ) | 04-51239 |

| | | |
|---|---|---|
| ISLAND MECHANICAL CORPORATION | ) ) | 04-50912 |
| ISLAND TOPSOIL LLC | ) | 04-50691 |
| IUC WHITE MESA LLC | ) | 04-51285 |
| J.D. GRIFFIN & ASSOCIATES, PC | ) | 04-51300 |
| JEFF DIVER GROUP | ) | 04-50320 |
| JENKINS LANDSCAPING & EXCAVATING | ) ) | 04-50832 |
| JERRY A STANDLEE | ) | 04-50756 |
| JMD COMPANY | ) | 04-50325 |
| JOHN VITALE & SONS, INC. | ) | 04-50863 |
| JONES TECHNOLOGIES, INC. | ) | 04-50896 |
| JRS GEOSERVICES INCORPORATED | ) | 04-50884 |
| JT INDUSTRIAL MAINTENANCE & FAB | ) ) | 04-50787 |
| KATAHDIN ANALYTICAL SERVICES | ) | 04-50826 |
| KBF POLLUTION MANAGEMENT | ) | 04-50882 |
| KELDORN TRUCKING INC | ) | 04-50876 |
| KELLER GRASSING | ) | 04-50669 |
| KELLY TRACTOR COMPANY | ) | 04-51256 |
| KEN'S TRUCKING & EXCAVATING | ) | 04-50855 |
| KENT RUSSELL PLUMBING | ) | 04-50782 |
| KERR CONCRETE PIPE COMPANY | ) | 04-50694 |
| KITTELSON & ASSOCIATES | ) | 04-50217 |
| KODA DRILLING, INC. | ) | 04-50220 |
| KVS TRANSPORTATION INC | ) | 04-50685 |
| L.B. SMITH INC. | ) | 04-50670 |
| LA QUINTA INN & SUITE | ) | 04-50801 |
| LABORATORY DATA CONSULTING | ) | 04-50786 |
| LAKE REGION SURVEYING | ) | 04-50225 |
| LAND AND LAKES COMPANY | ) | 04-51147 |
| LANDMARK HOTEL | ) | 04-50760 |
| LANDRUM & BROWN | ) | 04-50231 |
| LANDTEC | ) | 04-50235 |
| LEAL CONSTRUCTION | ) | 04-50746 |
| LEEDY ELECTRIC CORPORATION | ) | 04-50827 |
| LEONARD STREET AND DEINARD, P.A. | ) ) | 04-50244 |
| LYONS CONTRACTING, INC. | ) | 04-50250 |
| M.E.T. LIMITED | ) | 04-50702 |
| MACHINERY SERVICES INC | ) | 04-50696 |
| MASER SOSINSKI & ASSOC PA | ) | 04-50906 |

| | | |
|---|---|---|
| MASSACHUSETTS ELECTRIC COMPANY | ) | 04-50256 |
| MASTER MONITORING SERVICES, INC. | ) | 04-50257 |
| MAUMEE VALLEY FABRICATORS, INC. | ) | 04-50261 |
| McALPIN ENTERPRISES | ) | 04-50264 |
| MCNAUGHTON-MCKAY ELECTRIC | ) | 04-50990 |
| MCNEELY & LINCOLN ASSOCIATES | ) | 04-50973 |
| MCPHEETERS & ASSOCIATES INC. | ) | 04-50267 |
| MEDIA BLAST & ABRASIVES, INC. | ) | 04-50967 |
| MHF LOGISTICAL SOLUTIONS INC. | ) | 04-50942 |
| MIKATECH SERVICES | ) | 04-50997 |
| MILANI & ASSOCIATES | ) | 04-50275 |
| MISSOURI VALLEY, INC. | ) | 04-50699 |
| MIT ENGINEERING & CONSTRUCTION, INC. | ) | 04-50281 |
| MN GILBERT ENVIRONMENTAL | ) | 04-50284 |
| MORETRENCH AMERICAN CORPORATION | ) | 04-50804 |
| MORETRENCH ENVIRONMENTAL SERVICES | ) | 04-50722 |
| MORROW CONTROL & SUPPLY, INC. | ) | 04-50286 |
| MP ENVIRONMENTAL SERVICES | ) | 04-50901 |
| MT HOPE ROCK PRODUCTS | ) | 04-50293 |
| MURPHY BROTHERS TRUCKING, INC. | ) | 04-50865 |
| MWO ENVIRONMENTAL ENGINEERING AND CONSULTING, P.C. | ) | 04-50296 |
| NANCE PRECAST CONCRETE PRODUCTS | ) | 04-50873 |
| NATIONAL ENVIRONMENTAL SYSTEM | ) | 04-50316 |
| NATIONAL VACUUM CORPORATION | ) | 04-51006 |
| NAT'L UNION FIRE INSURANCE | ) | 04-50318 |
| NEFF RENTAL | ) | 04-51009 |
| NEO CORPORATIOR | ) | 04-51022 |
| NEXTIRAONE, LLC | ) | 04-50330 |
| NIAGARA MOHAWK | ) | 04-51232 |
| NORTH PACIFIC RESEARCH | ) | 04-50333 |
| NORTHEAST FILTER & EQ | ) | 04-50960 |
| NSTAR ELECTRIC | ) | 04-50338 |

| | | |
|---|---|---|
| O'BRIEN & GERE LABORATORIES INC | ) | 04-50944 |
| O'BRIEN ENERGY SERVICES  CO | ) | 04-50969 |
| OFFICE TEAM | ) | 04-50953 |
| OHIO OPERATING ENGINEER BENEFITS | ) | 04-50687 |
| ON SITE ENERGY COMPANIES | ) | 04-51240 |
| ONSITE | ) | 04-51266 |
| ONSITE COMMERCIAL STA | ) | 04-51258 |
| ONSITE COMPANIES, INC. | ) | 04-51254 |
| ONSITE ENERGY SERVICES | ) | 04-51268 |
| ONYX INDUSTRIAL SERVICES | ) | 04-50765 |
| ONYX SPECIAL SERVICES, INC. f/k/a SUPERIOR SPECIAL SERVICES, INC. | ) | 04-50996 |
| ORION REGISTRAR INCORPORATED | ) | 04-50096 |
| PACTEC | ) | 04-50678 |
| PAR ENVIRONMENTAL SERVICES, INC. | ) | 04-50109 |
| PARK PLASTIC PRODUCTS | ) | 04-50673 |
| PARTNERS CONSULTING SERVICES | ) | 04-51194 |
| PAVEMENT CONSULTANTS, INC. | ) | 04-50117 |
| PAVEMENT SERVICES, INC. | ) | 04-50120 |
| PEL LABORATORIES, INC | ) | 04-50938 |
| PENN PRO | ) | 04-50794 |
| PENTAGON CONSTRUCTION, INC. | ) | 04-50964 |
| PEREZ BROTHERS INCORPORATED | ) | 04-50677 |
| PESCHLA & ROCHMES | ) | 04-50807 |
| PETROLEUM EQUIPMENT CONSTRUCTION, INC. | ) | 04-50130 |
| PFIFFERLING & ASSOCIATES | ) | 04-50133 |
| PG&E | ) | 04-51255 |
| PHILLIPS & JORDAN, INC. | ) | 04-50666 |
| PINERIDGE FARMS INCORPORATED | ) | 04-51146 |
| PNC LEASING, LLC | ) | 04-51253 |
| PNEUMATIC RESTORATION SOUTH INC | ) | 04-50762 |
| POINDEXTER & DOUTRE, INC. | ) | 04-50138 |
| PORT CONSOLIDATED | ) | 04-50897 |
| PORTEMUS ENGINEERING, INC. | ) | 04-50143 |
| POWERLINE SAND, INC. | ) | 04-50788 |
| PRECISION FABRICATING | ) | 04-50147 |
| PRICEWATERHOUSE, LLP | ) | 04-50158 |

| | | |
|---|---|---|
| PROBE DOMAIN | ) | 04-50859 |
| PROCESS ENGINEERING COMPANY | ) | 04-50159 |
| PRODUCT RECOVERY | ) | |
| MANAGEMENT | ) | 04-50877 |
| PROSONIC CORPORATION | ) | 04-50886 |
| PRUNUSKE CHATHAM, INC. | ) | 04-51166 |
| PURDOM, KASKEY & ASSOC., INC. | ) | 04-50851 |
| PUROLITE COMPANY | ) | 04-51248 |
| QUADNA PSI | ) | 04-50718 |
| RADON ABATEMENT SYSTEMS, INC. | ) | 04-50711 |
| RAIN FOR RENT | ) | 04-51188 |
| RAMADA INN; RAMADA INN D/B/A | ) | |
| MOREHEAD MOTELS -RAMADA INN, | ) | |
| SITE #1789 -RAMADA INN, #313 - | ) | |
| RAMADA INN, SITE #1280 -RAMADA | ) | |
| INN, SITE #1579 -RAMADA INN, SITE | ) | |
| #1007 -RAMADA INN, SITE #5450 - | ) | |
| RAMADA LIMITED D/B/A MDRB | ) | |
| CORPORATION | ) | |
| -RAMADA INN QUANTICO - | ) | |
| TRIANGLE, SITE#2669 -RAMADA INN | ) | |
| (EMPORIA), SITE #10117 | ) | |
| -RAMADA INN (NEW HARTFORD), | ) | |
| SITE #1937 | ) | |
| -RAMADA INN (ROCHELLE PARK), | ) | |
| SITE #1314 | ) | |
| -RAMADA INN (PAINTSVILLE), SITE | ) | |
| #11464 | ) | 04-51262 |
| RAMADA LIMITED; RAMADA | ) | |
| LIMITED D/B/A MDRB | ) | |
| CORPORATION | ) | 04-51281 |
| RAYMOND SIMONDS & ASSOCIATES | ) | 04-50168 |
| RENAISSANCE WASHINGTON | ) | 04-50812 |
| REPUBLIC WASTE SERVICES | ) | 04-50768 |
| RESOURCE LABORATORIES | ) | 04-50177 |
| RESOURCE RECLAMATION | ) | 04-50751 |
| RHOTEN & SONS, INC | ) | 04-50957 |
| RINGHAVER | ) | 04-50930 |
| RINKER MATERIALS, INC. | ) | 04-51263 |
| RM CAT ENVIRONMENTAL | ) | |
| SERVICES | ) | 04-50185 |
| RMCAT ENVIRONMENTAL SERVICES | ) | |
| INC | ) | 04-50747 |
| RSH TRUCKING INC | ) | 04-50868 |

| | | |
|---|---|---|
| S/G DRILLING COMPANY | ) | 04-50892 |
| SAFETY KLEEN CORPORATION | ) | 04-51270 |
| SALEM STONE CORPORATION | ) | 04-50191 |
| SAUK TRAIL HILLS DEVELOPMENT | ) | 04-50715 |
| SBC - SACRAMENTO | ) | 04-51272 |
| SERROT INTERNATIONAL | ) | 04-50198 |
| SHANDON IRON & STEEL | ) | 04-50744 |
| SIEMENS BUSINESS | ) | |
| COMMUNICATION SYSTEMS, INC. | ) | 04-51243 |
| SIMS TRUCKING INC. | ) | 04-50803 |
| SKAPS INDUSTRIES | ) | 04-50207 |
| SOIL RECOVERY GROUP | ) | 04-50874 |
| SOUTHERN CA EDISON CO | ) | 04-51276 |
| SOUTHERN CALIFORNIA GAS | ) | 04-50211 |
| SOUTHERN WASTE SERVICES INC | ) | 04-50966 |
| SOUTHWESTERN SUPPLIERS INC | ) | 04-51038 |
| SPRINGFIELD TOPSOIL CORP. | ) | 04-51035 |
| STAMFORD COMPUTER GROUP | ) | 04-50232 |
| STL | ) | 04-51041 |
| STUDIO PLUS #49 | ) | 04-50975 |
| SUNBELT ENVIRONMENTAL | ) | |
| SERVICES | ) | 04-51182 |
| SUNGARD RECOVERY SERVICES | ) | 04-50251 |
| SYRACUSE SUPPLY COMPANY | ) | 04-51021 |
| SYSTEMS AUTOMATION | ) | 04-50282 |
| TALON DRILLING, INC. | ) | 04-51024 |
| TAMPA ARMATURE WORKS, INC. | ) | 04-50844 |
| TAMPA ELECTRIC | ) | 04-50949 |
| TAW INCORPORATED | ) | 04-50934 |
| TAYLOR PETROLEUM | ) | 04-50929 |
| TCB INDUSTRIAL CORPORATION | ) | 04-50887 |
| TCF AEROVENT | ) | 04-51167 |
| TESCO CONTROLS INC | ) | 04-50991 |
| TEXACO | ) | 04-51260 |
| TEXANA MACHINERY | ) | |
| CORPORATION | ) | 04-51027 |
| TEXAS LIME CO INC | ) | 04-51037 |
| THE CHAMBERLAIN GROUP LTD | ) | 04-51177 |
| THE WELLS GROUP, LLC | ) | 04-50204 |
| THE WRIGHT SAFETY COMPANY | ) | 04-50983 |
| THOMAS G PAGAN | ) | 04-50212 |

| | | |
|---|---|---|
| THORNTON AND COMPANY | ) | 04-51012 |
| TOTAL QUALITY DRILLING, LLC | ) | 04-50224 |
| TOTAL SAFETY, INC. | ) | 04-50924 |
| TOTAL SUPPORT SERVICES, INC. | ) | 04-50228 |
| TOWILL, INC. | ) | 04-50931 |
| TRANS-PHOS, INC. | ) | 04-50937 |
| TRANSPO GROUP, INC. | ) | 04-51175 |
| TRAVELODGE | ) | 04-50943 |
| TRIJAY SYSTEMS, INC. | ) | 04-50950 |
| TRI-TECH RESEARCH | ) | 04-50234 |
| TRITON CONTAINER | ) | |
| INTERNATIONAL | ) | 04-50962 |
| U.S. ENV. RENTAL CORP | ) | 04-50982 |
| U.S. FILTER/WESTATES | ) | 04-50994 |
| UNITED MECHANICAL OF LAWTON | ) | |
| INC | ) | 04-51042 |
| UNIVERSAL FABRIC STRUCTURES | ) | 04-50977 |
| URS GROUP, INC. | ) | 04-51264 |
| URS/DAMES & MOORE | ) | 04-51250 |
| V&W DRILLING | ) | 04-50266 |
| VALLEY INN | ) | 04-50945 |
| VANCE WRIGHT ADAMS & | ) | |
| ASSOCIATES, INC. | ) | 04-50274 |
| VERIZON | ) | 04-51282 |
| VULCAN MATERIALS COMPANY | ) | 04-51249 |
| WAGGONER EQUIPMENT COMPANY | ) | 04-50935 |
| WALKER SAND & STONE, INC. | ) | 04-50993 |
| WASHINGTON GROUP | ) | |
| INTERNATIONAL | ) | 04-51247 |
| WASTE MANAGEMENT, INC. | ) | 04-51267 |
| WASTE RECOVERY ENTERPRISES | ) | |
| LLC | ) | 04-51011 |
| WASTE SOLUTIONS GROUP | ) | 04-51001 |
| WELCH SAND & GRAVEL, INC. | ) | 04-50981 |
| WEST GROUP | ) | 04-50285 |
| WESTAFF | ) | 04-50985 |
| WESTERN MECHANICAL, INC. | ) | 04-50956 |
| WHITE SHIELD, INC. | ) | 04-50292 |
| WILLARD PACKAGING COMPANY | ) | 04-51143 |
| WILLIAM'S COMMUNICATION | ) | |
| SOLUTIONS | ) | 04-50295 |
| WOOD'S CRUSHING & HAULING INC. | ) | 04-50881 |

| | | |
|---|---|---|
| WRIGHT RENTAL COMPANY | ) | 04-50909 |
| WYOMING CONCRETE INDUSTRIES, INC. | ) ) | 04-50306 |
| WYOMING RECLAMATION & ENTERPRISE | ) ) | 04-50904 |
| YOUNG BUILDERS & CONSTRUCTION, INC. | ) ) | 04-50326 |

**ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION TO ESTABLISH UNIFORM DISPOSITIVE MOTION RESPONSE AND REPLY DEADLINES IN ACCORDANCE WITH THE OUTSIDE DEADLINES SET BY THIS COURT'S APRIL 14TH ORDER**

Upon consideration of the motion (the "Motion")[2] To Establish Uniform Dispositive Motion Response And Reply Deadlines In Accordance With The Outside Deadlines Set By This Court's April 14th Order filed by the IT Litigation Trust Trustee (the "Plaintiff"), the plaintiff in each of the above-referenced adversary proceedings (collectively, the "Adversary Proceedings"), for the entry of an order in the Adversary Proceedings authorizing the Plaintiff to respond to all Defendants' dispositive motions on May 31, 2005 and reply to all responses to Plaintiff's dispositive motions on June 2, 2005, each on an omnibus basis, and it appearing that this Court has jurisdiction in this matter, and proper notice of the Motion having been provided by the Plaintiff, and upon due deliberation, and sufficient cause appearing therefore;

IT IS HEREBY ORDERED that:

1.     Plaintiff's Response Deadline is hereby modified and shall be May 31, 2005.

2.     Plaintiff's Reply Deadline is hereby modified and shall be June 2, 2005.

---

[2]        Capitalized terms not otherwise defined herein shall have such meaning as are ascribed such terms in the Motion.

3.      Plaintiff is authorized to respond to Defendants' dispositive motions, and
to reply to Defendants' responses to Plaintiff's dispositive motions, on an omnibus basis
as set forth in paragraph 3 of the Scheduling Order.

_____

The Honorable Paul B. Lindsey
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, Esquire, hereby certify that on this 1st day of June, 2005, I caused a true and correct copy of the **Notice of Completion of Briefing Regarding Plaintiff's Expedited Motion to Establish Uniform Dispositive Motion Response and Reply Deadlines in Accordance With the Outside Deadlines Set By this Court's April 14th Order**, to be served on the individuals in the manner indicated in the Certificate of Service filed in main case number 02-10118, docket number 6090.

  /s/ Eric M. Sutty
Eric M. Sutty (No. 4007)

589300v1