IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE IT GROUP, INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>Case No. 02-10118 (MJW)<br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE IT GROUP, ET AL., On Behalf on The Estate of The IT Group, Inc., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INSTRUMENT SCIENCES & TECH, INC.<br><br>Defendant. | Adv. No. 04-50735<br><br>Civ. No. 05-446 |

**NOTICE OF WITHDRAWAL OF RENEWED MOTION TO WITHDRAW THE
BANKRUPTCY REFERENCE**

Instrument Sciences and Technologies, Inc. ("Instrument Sciences"), by and through its attorneys Drinker Biddle & Reath LLP, hereby withdraws its Renewed Motion to Withdraw the Bankruptcy Reference (D.I. 1) without prejudice. The parties have reached a settlement in this matter.

Respectfully submitted,

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200

WM\4320\1